UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT LEE HARDING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOAST, et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-0640 KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official.  See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1.  The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

/////

/////

/////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  April 4, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hard0640.3c