UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BRENT LEE HARDING,              No. 2:16-cv-0640 KJN P

    Plaintiff,

  v.

YOAST, et al.,

    Defendants.
                                            **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Brent Lee Harding, CDCR # AZ-9352, a necessary and material witness in a settlement conference in this case on March 13, 2017, is confined in California Correctional Center (CCC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Monday, March 13, 2017, at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CCC, P.O. Box 790, Susanville, California 96127:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 23, 2016

                                                             KENDALL J. NEWMAN
                                                             UNITED STATES MAGISTRATE JUDGE

/sjp/hard0640.841